# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
United Technologies Corporation ) ASBCA Nos. 59544, 60141
)
Under Contract No. N00019-02-C-3003 )

APPEARANCES FOR THE APPELLANT: Terry L. Albertson, Esq.
Stephen J. McBrady, Esq.
Skye Mathieson, Esq.
  Crowell & Moring LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Alexander M. Healy, Esq.
Stephen R. Dooley, Esq.
  Trial Attorneys
  Boston, MA

## ORDER OF DISMISSAL

The dispute which is the subject of the appeals having been settled, the appeals are hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeals must be filed within one year of the date of this Order.

Dated: 17 May 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59544, 60141, Appeals of United Technologies Corp., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals